## McKenzie v. Merry.

George, J. Under the pleadings and evidence in this case the court did not err in granting an interlocutory injunction.

Judgment affirmed. All the Justices concur.

No. 1484. October 14, 1919.

Injunction. Before Judge Hammond. Richmond superior court. June 2, 1919.

*William H. Fleming,* for plaintiff in error.

*C. Henry & Rodney S. Cohen,* contra.

---

## Board of Commissioners of Berrien County et al. v. First National Bank of Adel et al.

George, J. Under the pleadings and evidence in this case the court did not err in granting an interlocutory injunction.

Judgment affirmed. All the Justices concur.

No. 1269. October 15, 1919.

Injunction. Before Judge Thomas. Berrien superior court. December 10, 1918.

*W. D. Buie* and *R. A. Hendricks,* for plaintiffs in error.

*J. Z. Jackson,* contra.